## CERTIFICATE OF SERVICE

I Lee Squitieri hereby certify that on this 21st day of July, 2008 I caused a copy of the accompanying Notice Of Reassignment to be served upon the persons/entities listed below by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York or as otherwise indicated:

> Joseph S. Allerhand, Esq.
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
>
> Daniel J. Kramer, Esq.
> Paul, Weiss, Rifkin, Wharton & Garrison, LLP
> 1285 Avenue of the Americas
> New York, New York 10019

Attorneys for Defendants

_____
Lee Squitieri