UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN INTERNATIONAL GROUP, INC. ERISA LITIGATION II<br><br>This Document Relates To:<br>All Actions | MASTER FILE<br>08 Civ. 5722 (LTS)(KNF) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and Declaration of A. Millie Warner, Defendants AIG Inc., Retirement Board, Investment Committee, and Director Edmund S.W. Tse (collectively, "Defendants") will move this Court, before the Honorable Laura T. Swain, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 755, New York, New York 10007, on a date and at a time to be set by the Court, for an order striking Plaintiffs' Notice of Supplemental Authority, or in the alternative, for leave to file a 30-page response memorandum.

The undersigned counsel certifies, pursuant to Rule 2(B) of Judge Swain's Individual Practices Rules, that Defendants used their best efforts to resolve informally the matters raised in this submission. These efforts were unsuccessful.

Dated: New York, New York
February 5, 2010

                                          Respectfully submitted,

                                          <u>/s/ Joseph S. Allerhand</u>
                                          Joseph S. Allerhand
                                          Nicholas J. Pappas
                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          (212) 310-8000

                                          *Attorneys for Defendants AIG Inc.,*
                                          *Retirement Board, Investment Committee,*
                                          *and Director Edmund S.W. Tse*

TO:    Lee Squitieri
          SQUITIERI & FEARON, LLP
           32 East 57th Street
          12th Floor
          New York, NY 10022
          Telephone: (212) 421-6492
          Facsimile: (212) 421-6553
          lee@sfclasslaw.com

          HARWOOD FEFFER LLP
          ROBERT I. HARWOOD
          488 Madison Avenue — 8th Floor
          New York, NY 10022
          Telephone: (212) 935-7400
          Facsimile: (212) 753-3630
          rharvvood@hfesq.com

          WOLF POPPER LLP
          MARIAN P. ROSNER
          845 Third Avenue
          New York, NY 10022
          Telephone: (212) 759-4600
          Facsimile: (212) 486-2093
          mrosner@wolfpopper.eom

          KELLER ROHRBACK LLP
          LYNN L. SARKO
          1201 Third Avenue, Suite 3200
          Seattle, Washington 98101

        Telephone: (206) 623-1900
        Facsimile . (206) 623-3384
        Isarko@kellerroluback.com

        *Co-Interim-Lead Counsel for ERISA Action Plaintiffs.*

CC:    Michael J. Garvey
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, NY 10017-3954
        Telephone: (212) 455-2000
        Fax: (212) 455-2502
        mgarvey@stblaw.com

        *Attorneys for Defendant Robert B. Willumstad*

        Jamison A. Diehl
        AKIN, GUMP, STRAUSS, HAUER & FELD LLP
        One Bryant Park
        New York, New York 10036
        Telephone: (212) 872-1000
        Fax: (212) 872-1002
        jdiehl@akingump.com

        *Attorneys for Defendant Martin J. Sullivan*