767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

Nicholas J. Pappas
+1 212 310 8669
nicholas.pappas@weil.com

May 28, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 04 2014

BY HAND

The Honorable Laura Taylor Swain
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **In re American International Group, Inc., ERISA Litigation II,
      Master File No. 08-CV-5722 (LTS) (DCF)**

Dear Judge Swain:

We represent Defendant American International Group, Inc. and certain Individual Defendants[1] (collectively, and together with Defendants Martin J. Sullivan and Robert B. Willumstad, "Defendants") in the above-referenced consolidated ERISA action. Enclosed is a courtesy copy of Defendants' Response to Plaintiffs' Notice of Supplemental Authority, which was filed electronically on May 27, 2014.

Respectfully submitted,

/s/ Nicholas J. Pappas    AG2

Nicholas J. Pappas

Enclosure

*No further supplemental submissions will be entertained.*

SO ORDERED:

_____ 6/4/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[1] The "Individual Defendants" represented by Weil, Gotshal & Manges LLP are Edward Bacon, Joseph Cella, Robert Cole, John Q. Doyle, Georgia Feigel, David Fields, Anthony Galioto, Howard Greene, Richard Grosiak, David Junius, Andrew Kaslow, Gary Reddick, Charles Schader, Stephen Schoepke, Kathleen Shannon, Robert Thomas, Edmund S.W. Tse, and Thomas Wright.